IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMCAST OF ILLINOIS X, LLC, an Illinois Limited Liability Company, | ) ) ) | 8:03CV311 |
| Plaintiff, | ) ) | |
| vs. | ) ) | ORDER |
| MULTI-VISION ELECTRONICS, INC., and RON ABBOUD, | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendants Ron Abboud and Multi-Vision Electronics, Inc. ("Multi-Vision") to continue the hearing on damages, Filing No. 64. Defendants seek a continuance of ninety days. Plaintiff objects to the length of the continuance and seeks reimbursement for the nonrefundable airline ticket purchased in anticipation of the hearing. In the interests of justice, the court finds that the motion for a continuance should be granted. Plaintiff's request for reimbursement of expenses is denied at this time without prejudice to reassertion as part of the damages hearing. Accordingly,

IT IS ORDERED:

1. Defendants' motion to continue, Filing No. 64, is granted in part.

2. The hearing on damages is rescheduled to **November 21, 2005, at 1:30 p.m.**

DATED this 7th of October, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge