IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMCAST OF ILLINOIS X, | ) | 8:03CV311 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER NUNC PRO TUNC |
| | ) | |
| MULTI-VISION ELECTRONICS, INC., and RONALD J. ABBOUD, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter is before the court on its own motion. The Judgment entered on October 6, 2006, Filing No. 79, is amended as follows:

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to waive costs is granted.

2. Final judgment is entered in favor of Plaintiff Comcast of Illinois X, LLC, and against Defendants Multivision Electronics, Inc., a dissolved Nebraska Corporation, d/b/a Cable Network Company, and Ronald J. Abboud, jointly and severally, in the amount of $2,214,430.00.

DATED this 11th day of October, 2006.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge