IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMCAST OF ILLINOIS X, an Illinois Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>MULTIVISION ELECTRONICS, INC., and RONALD ABBOUD,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:03CV311<br><br>ORDER |

This matter is before the court on the motion for withdrawal of counsel for the defendants (Filing No. 90). Brent M. Kuhn and Harris Kuhn Law Firm, LLP seek withdrawal because the defendants have terminated the attorney client relationship and the defendants have retained other counsel in this matter. The court finds good cause shown for the withdrawal of Brent M. Kuhn and Harris Kuhn Law Firm, LLP as counsel for the defendants pursuant to NEGenR 1.3(f). Upon consideration,

**IT IS ORDERED:**

1. The motion for withdrawal of counsel for the defendants (Filing No. 90) is granted.

2. The Clerk of Court shall stop all electronic notices to Brent M. Kuhn and Harris Kuhn Law Firm, LLP regarding this case.

DATED this 8th day of November, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge