IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMCAST OF ILLINOIS X, | ) | 8:03CV311 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MULTI-VISION ELECTRONICS, INC., and RONALD J. ABBOUD, | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' motion for reconsideration (Filing No. 105) of this court's order denying defendants' motion to transfer and to quash, and on defendants' motion for a stay of execution (Filing No. 107). The court has considered the motions and the evidence presented to support the motions and finds both motions should be denied. Defendants have not filed a supersedeas bond. *See* Fed. R. Civ. P. 62(d). Accordingly,

IT IS HEREBY ORDERED:

1. Defendants' motion for reconsideration (Filing No. 105) is denied.

2. Defendants' motion for a stay (Filing No. 107) is denied.

DATED this 27th day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief U.S. District Court Judge