IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMCAST OF ILLINOIS X, | ) | 8:03CV311 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MULTI-VISION ELECTRONICS, INC., and RONALD J. ABBOUD, | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' motion for leave to participate in debtor's examination by telephone, Filing No. 109, and plaintiff's response thereto. The court finds the motion should be granted. Accordingly,

IT IS ORDERED that

1. Defendants' motion for leave to participate in debtor's examination by telephone (Filing No. 109) is granted.

2. At least four hours in advance of the hearing, defendant must provide the court with the name and address of the licensed court reporter who will place the defendant under oath.

3. Defendant Ronald Abboud must notify the court (402/661-7302) at least four hours in advance of the hearing regarding the phone number where he can be reached for the hearing. The court will initiate the phone connection. The plaintiff may also participate by phone and should notify the court at least four hours in advance if it so chooses.

DATED this 29th day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
Chief U.S. District Court Judge