# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| COMCAST OF ILLINOIS X, LLC, an Illinois Limited Liability Company, )<br>)<br>Plaintiff,     )<br>v.               )<br>)<br>MULTIVISION ELECTRONICS, INC., a dissolved Nebraska corporation, d/b/a CABLE NETWORK COMPANY, a/k/a RONALD J. ABBOUD, individually, )<br>)<br>Defendants.  ) | Case No. 03 CV 311 |

## ORDER

This matter coming to be heard on Plaintiff's Motion for Leave to File a Supplemental Brief in Support of Plaintiff's Motion to Add RJA Guardian Trust and Real Estate MLS to the Judgment Against Ronald J. Abboud (D.E. 136), due notice having been given, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

(1)     Plaintiff's Motion for Leave to File a Supplemental Brief (D.E. 136) is **GRANTED**.

(2)     Plaintiff is given leave to file its Supplemental Brief within seven (7) days from the date of this Order.

**DATED** this 9th day of January, 2007.

> s/Joseph F. Bataillon
> **JOSEPH F. BATAILLON**
> **United States District Court Judge**