IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMCAST OF ILLINOIS X, | ) | 8:03CV311 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MULTI-VISION ELECTRONICS, INC., | ) | |
| and RONALD J. ABBOUD, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion to withdraw (Filing No. 164) its motion to compel or for an order to show cause (Filing No. 146). Plaintiff's motion to enter and continue (Filing No. 155) is related to the pleading it seeks to withdraw. The parties have apparently resolved their controversy involving the production of documents by Wells Fargo Nebraska, N.A. In consideration of the foregoing, the court finds both pending motions should be denied as moot. Accordingly,

IT IS HEREBY ORDERED that:

1. Plaintiff's motion to withdraw (Filing No. 164) is granted;

2. Plaintiff's motion to compel of for an order to show cause (Filing No. 146) and plaintiff's motion to enter and continue (Filing No. 155) are denied as moot.

DATED this 4th day of April, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge