IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COMCAST OF ILLINOIS X, | ) | Case No. 8:03CV311 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| MULTI-VISION ELECTRONICS, | ) | DESTROYED |
| INC., et al, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to NECivR 79.1(f) , counsel for defendants shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

**Defendants' Exhibits 101 and 102 from hearing held November 21, 2005**

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 23rd day of December, 2013.

s/ Joseph F. Bataillon
United States District Judge
